**Affirmed and Memorandum Opinion filed October 15, 2013.**



In The

# Fourteenth Court of Appeals

---

NO. 14-12-01100-CR
NO. 14-12-01101-CR
NO. 14-12-01102-CR

---

**GUADALUPE MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause Nos. 1025189, 1025190 & 1025191**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered pleas of guilty to two counts of aggravated sexual assault of a child and one count of indecency with a child without an agreed recommendation on punishment. The trial court sentenced appellant to 20 years for the indecency count and 75 years each for the two counts of aggravated sexual assault of a child. Appellant's convictions were affirmed in 2007. *See Mendoza v.*

*State*, Nos. 14-06-00627-CR; 14-06-00628-CR; 14-06-00629-CR (Tex. App.—Houston [14th Dist.] Mar. 8, 2007, pet. ref'd).

Post-conviction, appellant filed a motion for DNA testing. After the filing of affidavits, the trial court ordered DNA testing done on the evidence in the State's custody. The testing was completed and showed that no biological material was available to compare to the known sample from appellant. On October 31, 2012 the trial judge signed an order denying appellant any relief under chapter 64 of the Texas Code of Criminal Procedure. Appellant timely appealed from that order.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On July 12, 2013, appellant filed a pro se response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices McCally and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).